UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number:  22-10003-CIV-MARTINEZ-BECERRA

MENTAL HEALTH NETWORK, INC.,

    Plaintiff,

vs.

SIMONE MARSTILLER, as Secretary of State of
the STATE OF FLORIDA, AGENCY FOR HEALTH
CARE ADMINISTRATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Expedited Motion to Appear Telephonically at the January 19, 2022 bond hearing set for 10:30 a.m., pertaining to the Court's temporary restraining order.  (ECF No. 11).  Defendant requests to appear at the hearing telephonically.  After careful consideration, it is hereby **ORDERED AND ADJUDGED** that

Defendant's Motion, (ECF No. 11), is **GRANTED IN PART**.  The hearing shall be conducted via **Zoom**.  The Court will provide the parties with Zoom information for the hearing via e-mail.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of January, 2022.

                                                   JOSE E. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record